Case 1:23-cv-00515-AKB   Document 1-7   Filed 11/17/23   Page 1 of 2

Electronically Filed
10/26/2023 10:23 AM
Fourth Judicial District, Ada County
Trent Tripple, Clerk of the Court
By: Kelsey Robbins, Deputy Clerk

Ron R. Shepherd, ISBN 6593
David L. Bartels, ISBN 10976
SHEP LAW GROUP
1990 North Meridian Road
Meridian, ID  83646
Telephone:  (208) 887-3444
Facsimile:  (208) 887-3443
Direct:    ron@sheplawgroup.net
           david@sheplawgroup.net
E-filing:  efile@sheplawgroup.net

Attorneys for Plaintiff

# IN THE DISTRICT OF THE FOURTH JUDICIAL DISTRICT OF

# THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| MARVIN SHANE BISHOP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEW EMPIRE LLC, a Washington limited liability company and, CARLOS ZAMORA, individually,<br><br>　　　　Defendants. | Case No. CV01-23-13398<br><br>ACCEPTANCE OF SERVICE |

KEVIN SCANLAN, counsel for the above-named Defendants states as follows:

1. I hereby acknowledge receiving a copy of the following documents filed in this matter on August 18, 2023.

　　　　A.　　Complaint and Demand for Jury Trial; and

　　　　B.　　Summons (Carlos Zamora).

2. I am authorized to accept service of the above-referenced documents on behalf of Defendant, Carlos Zamora.

ACCEPTANCE OF SERVICE – 1

3. I received such documents via email on the 23rd day of October 2023.

DATED __10/25/2023_____

                                          SCANLAN GRIFFITHS + ALDRIDGE

                                          KEVIN SCANLAN
                                          Attorneys for Defendant

## CERTIFICATE OF DELIVERY

I hereby certify that on the _____ day of October 2023, I caused a true and correct copy of the foregoing ACCEPTANCE OF SERVICE to be served by the method indicated below, and addressed to the following:

| | |
|---|---|
| Kevin Scanlan | ( ) U.S. Mail, Postage Prepaid |
| SCANLAN GRIFFITHS + ALDRIDGE | ( ) Certified Mail/Return Receipt |
| 913 W River St. Ste 310 | ( ) Hand Delivered |
| Boise, ID 83702 | ( ) Facsimile: |
| *Attorneys for Defendants* | ( ) Email: kjs@sgaidaho.com |
| | ( X ) iCourt: kjs@sgaidaho.com |

                                          /s/ Ron R. Shepherd
                                          RON R. SHEPHERD