Ron R. Shepherd, ISBN 6593
Nicholas A. Bronk, ISBN 11602
SHEP LAW GROUP
1990 North Meridian Road
Meridian, ID  83646
Telephone:  (208) 887-3444
Facsimile:  (208) 887-3443
Direct:   ron@sheplawgroup.net
             nick@sheplawgroup.net
E-filing:  efile@sheplawgroup.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARVIN SHANE BISHOP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEW EMPIRE LLC, a Washington limited liability company and, CARLOS ZAMORA, individually,<br><br>　　　　Defendants. | Case No. 1:23-CV-00515<br><br>PROOF OF SERVICE (Order Granting Motion for Leave to Withdraw) |

　　　　BRENDA SEEGER declares as follows:

　　　　1.　　That I am a resident of the state of Idaho;

　　　　2.　　That I am over the age of eighteen years and not a party to this action;

　　　　3.　　I am a paralegal at the law firm of Shep Law Group.

　　　　4.　　On September 5, 2024, I served a copy of the Order Granting Motion for Leave to Withdraw upon Plaintiff, Marvin Shane Bishop, by certified US Mail, return receipt requested and regular US mail to the following address:

PROOF OF SERVICE (Order Granting Motion for Leave to Withdraw) – 1

>Marvin Bishop
>Inmate No. 34806
>Bed 1088 Twin Falls Community Reentry Center
>616 Washington Street S
>Twin Fall, ID 83301

5. Attached hereto as Exhibit "A" is a true and correct copy of the letter mailed to Mr. Bishop. Attached hereto as Exhibit "B" is a true and correct copy of the return receipt. Attached hereto as Exhibit "C" is a true and correct copy of the USPS Tracking showing the delivery date of September 7, 2024.

6. On September 9, 2024, Mr. Bishop called me and confirmed receipt of the Order Granting Motion for Leave to Withdraw.

I certify and declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

DATED this 10th day of September 2024

        /s/ Brenda Seeger
BRENDA SEEGER
Declarant

## CERTIFICATE OF DELIVERY

I hereby certify that on the 10th day of September 2024, I caused a true and correct copy of the foregoing PROOF OF SERVICE (Order Granting Motion for Leave to Withdraw) to be served by the method indicated below, and addressed to the following:

| | |
|---|---|
| Kevin Scanlan | (  ) U.S. Mail, Postage Prepaid |
| SCANLAN GRIFFITHS + ALDRIDGE | (  ) Certified Mail/Return Receipt |
| 913 W River St. Ste 310 | (  ) Hand Delivered |
| Boise, ID 83702 | (  ) Facsimile: |
| *Attorneys for Defendants* | (  ) Email: kjs@sgaidaho.com |
| | (√) iCourt: kjs@sgaidaho.com |

| | |
|---|---|
| Marvin Bishop | (√) U.S. Mail, Postage Prepaid |
| Inmate No. 34806 | (  ) Certified Mail/Return Receipt |
| Bed 1088 Twin Falls Community | (  ) Hand Delivered |
| Reentry Center | (  ) Facsimile: |
| 616 Washington Street S | (  ) Email: |
| Twin Fall, ID 83301 | (  ) iCourt: |

        /s/ Ron R. Shepherd
RON R. SHEPHERD