

# SHEP LAW GROUP

1990 North Meridian Road
Meridian, ID 83646

**RON R. SHEPHERD**
*Senior Attorney*

**NICHOLAS A. BRONK**
*Associate Attorney*

September 5, 2024

Marvin Shane Bishop, IDOC # 34806, Bed 108B
TWIN FALLS COMMUNITY REENTRY CENTER
616 Washington Street S
Twin Falls, ID 83301

*via certified mail, return receipt requested and regular US Mail*

USPS Tracking No. 9589 0710 5270 1202 0803 78

Re:   Bishop v. New Empire, et al
      US District Court Case No. 1:23-CV-00515

Dear Marvin:

Please find enclosed herewith the Order Granting Motion for Leave to Withdraw entered in this matter on September 5, 2024.

As is explained in the enclosed order, you must file either (1) a notice of appearance on your behalf; or (2) a notice of appearance by another attorney within 21 days of the date of this Order, which will be on or before September 26, 2024. If you fail to file an appearance on your own behalf or through another attorney, your case will be dismissed with prejudice without further notice to you.

This letter marks the formal conclusion to this firm's representation of you. Thank you for the opportunity to represent you.

Very truly yours,

SHEP LAW GROUP

RON R. SHEPHERD

RS/bgs
Enclosure

Ph. (208) 887-3444   Fax (208) 887-3443   help@sheplawgroup.net   www.sheplawgroup.net

Idaho's Biggest Little Law Firm – Measured by the Size of Its Results

**EXHIBIT "A"**